The City of New York, Respondent, v. Allen and Houston Street Corporation, Appellant, Impleaded with Another. (Action No. 1.) — Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to serve an amended answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Henry B. Johnson, Respondent, v. National Life Insurance Company, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Frank Rosenthal, Respondent, Appellant, v. The Magazine Repeating Razor Company and Others, Appellants, Respondents, Impleaded with Others.*— Judgment so far as appealed from affirmed, with costs to the plaintiff. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Harry J. Friedman, Respondent, v. Constantin Wagner, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

James M. Cox, Respondent, v. Victor C. Bell and Others, Appellants, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

The People of the State of New York, Respondent, v. Joseph Morris, Also Known as Harry Lewis, and Henry Klinger, Otherwise Known as Henry Ettlinger, Appellants, Impleaded with Others.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Hulda Friedlander and Others, Appellants, v. South Brooklyn Railway Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Leon G. Kupperman, Appellant, v. Elsie Katzman, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Max Psaty, Appellant, v. Fifth Avenue and Ninety-third Street Corporation and Anthony Campagna, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Dorothy Frooks, as Executrix, etc., of Belle T. Wainwright, Deceased, Appellant. Callie T. Thomas and Others, Respondents.— Decree so far as appealed from affirmed, with costs to the respondents Callie T. Thomas and Ophelia T. Grothaus. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Solomon Albert and New York Loan and Security Corporation, Respondents, v. Globe and Rutgers Fire Insurance Company and Others, Appellants. (Consolidated Action.) — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin and Sherman, JJ.

Union Indemnity Company, Respondent, v. Normandie National Securities Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Union Indemnity Company, Respondent, v. Normandie National Securities Corporation, Appellant.— Order affirmed, with twenty dollars costs and dis-

* Affd., 262 N. Y. 692.